# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK VEREEN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 10-2915** |
| **WARDEN BURL CAIN** | * | **SECTION: "S"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Equitable tolling requires "reasonable diligence" which a petitioner can establish by presenting evidence showing reasonable efforts to timely file his action. Holland v. Florida, 130 S.Ct. 2549, 2565; Dodd v. United States, 365 F.3d 1273, 1282 (11th Cir. 2004). Petitioner has not established that he made reasonable efforts timely to file his federal petition for writ of *habeas corpus* from December 20, 2003, when the period of statutory tolling ending, and July 29, 2004, when the time limit expired. Indeed, he did not file his federal petition until August 17, 2010.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  27th   day of   September  , 2011.

_____
UNITED STATES DISTRICT JUDGE